

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00232-CV

_____

PRO-FIRE & SPRINKLER, L.L.C. AND JAMES C. LANKFORD, Appellants

V.

NATIONAL FUNDING, INC., Appellee

On Appeal from County Court at Law No. 3
Tarrant County, Texas
Trial Court No. 2021-001176-3

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellants' "Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: December 16, 2021